# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TABITHA L. COLCLOUGH | * |
| v. | * Civil No. – JFM-16-4092 |
| JOHNS HOPKINS HEALTHCARE, LLC | * |

******

## MEMORANDUM

Plaintiff has filed this action for employment discrimination. Defendant has filed a motion to dismiss. Plaintiff has responded to the motion by discharging her attorney and asking that I not dismiss the case.

It appears to me that plaintiff has exhausted her administrative remedies, despite the contention made by defendant. Accordingly, the motion to dismiss is denied and a scheduling order is being entered herewith. Of course, this ruling is without prejudice to defendant re-raising the same arguments that it made by way of a motion for summary judgment.

Date: May 3, 2017

J. Frederick Motz
United States District Judge